# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>Petitioner,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.,<br><br>Respondents. | Civil Action No.: 18-mc-343-LPS |

## NOTICE OF DISMISSAL OF PETITION WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Saint-Gobain Performance Plastics Europe ("Petitioner") hereby dismisses without prejudice its Petition to Register and Enforce ICSID Arbitration Award as a Foreign Judgment in the above-captioned matter (Civil Action No. 18-mc-343-LPS). A separate civil action was commenced at Civil Action No. 18-cv-1963-LPS. For the avoidance of doubt, Civil Action No. 18-cv-1963-LPS remains pending before the Court and is not the subject of this notice of dismissal.

| | |
|---|---|
| Dated: December 3, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Laura Davis Jones* _____
Laura Davis Jones (Bar No. 2436)
Peter J. Keane (Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
       pkeane@pszjlaw.com

– and –

Alex Yanos, *pro hac vice pending*
Carlos Ramos-Mrosovsky, *pro hac vice pending*
Rajat Rana, *pro hac vice pending*
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel:    202-210-9400
Fax:    212-210-9444
Email:  alex.yanos@alston.com
        carlos.ramos-mrosovsky@alston.com
        rajat.rana@alston.com

*Counsel for Petitioner Saint-Gobain Performance Plastics Europe*